FILED
February 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D35

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Ferdinand D. Gozum and Corinna L. Joss | **Case No :** | 09-42449 - C - 7 |
| | | **Date :** | 2/16/10 |
| | | **Time :** | 09:30 |

**Matter :** [24] - Motion/Application for Relief from Stay [PD-1] Filed by Creditor Wells Fargo Bank, National Association (Fee Paid $150) (shbs)
[24] - Motion/Application for Adequate Protection [PD-1] Filed by Creditor Wells Fargo Bank, National Association (shbs)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as to the interest of the trustee, and denied as moot as to the interest of the debtor, with respect to the property described in the motion, commonly known as: 305 LaMonte Lane, Tracy, CA. Resolved without oral argument.

Dated: February 18, 2010

_____
United States Bankruptcy Judge